## 35559. JACKSON v. CITIZENS TRUST BANK et al.

Judgment affirmed under Rule 59.
*All the Justices concur.*

ARGUED NOVEMBER 19, 1979 — DECIDED
MARCH 13, 1980.

*Scheer & Elsner, Robert A. Elsner,* for appellant.
*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, Everette L. Doffermyre,* for appellees.